# EXHIBIT C

CIV-050

**- DO NOT FILE WITH THE COURT -**
**-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| J. Owen Murrin (75329)<br>Murrin Law Firm<br>7040 E. Los Santos Drive<br>Long Beach, California 90815<br>ATTORNEY FOR (name): Plaintiff Josephine Villasenor | 562-342-3011 | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 275 Magnolia Ave.
MAILING ADDRESS: 275 Magnolia Ave.
CITY AND ZIP CODE: Long Beach, CA 90802
BRANCH NAME: Gov. George Deukmejian Courthouse

PLAINTIFF: Josephine Villasenor
DEFENDANT: Amazon.com Services, LLC, et al.

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

CASE NUMBER: 25LBCV00108

To (name of one defendant only): Amazon.com, Inc.
Plaintiff (name of one plaintiff only): Josephine Villasenor
seeks damages in the above-entitled action, as follows:

AMOUNT

1. **General damages**
   a. [✓] Pain, suffering, and inconvenience .................................................. $ 50,000,000
   b. [✓] Emotional distress. ........................................................................ $ 50,000,000
   c. [ ] Loss of consortium ......................................................................... $
   d. [ ] Loss of sociey and companionship (wrongful death actions only) ...... $
   e. [ ] Other (specify) _____ $
   f. [ ] Other (specify) _____ $
   g. [ ] Continued on Attachment 1.g.

2. **Special damages**
   a. [✓] Medical expenses (to date) ........................................................... $ 50,000,000
   b. [✓] Future medical expenses (present value) ....................................... $ 50,000,000
   c. [✓] Loss of earnings (to date) .............................................................. $ 50,000,000
   d. [✓] Loss of future earning capacity (present value) ............................... $ 50,000,000
   e. [ ] Property damage ............................................................................ $
   f. [ ] Funeral expenses (wrongful death actions only) .............................. $
   g. [ ] Future contributions (present value) (wrongful death actions only) .... $
   h. [ ] Value of personal service, advice, or training (wrongful death actions only) .... $
   i. [✓] Other (specify) Attorney fees and costs .......................................... $ 50,000,000
   j. [✓] Other (specify) Statutory fees ........................................................ $ 50,000,000
   k. [ ] Continued on Attachment 2.k.

3. [✓] **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of (specify).. $ 50,000,000
   when pursuing a judgment in the suit filed against you.

Date: 1/20/2025

J. Owen Murrin
(TYPE OR PRINT NAME)

▶ *J. Owen Murrin*
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev. January 1, 2007]

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

Code of Civil Procedure, §§ 425.11, 425.115
www.courtinfo.ca.gov

CIV-050

- DO NOT FILE WITH THE COURT-
-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| J. Owen Murrin (75329)<br>Murrin Law Firm<br>7040 E. Los Santos Drive<br>Long Beach, California 90815<br>ATTORNEY FOR (name): Plaintiff Josephine Villasenor | 562-342-3011 | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 275 Magnolia Ave.
MAILING ADDRESS: 275 Magnolia Ave.
CITY AND ZIP CODE: Long Beach, CA 90802
BRANCH NAME: Gov. George Deukmejian Courthouse

PLAINTIFF: Josephine Villasenor
DEFENDANT: Amazon.com Services, LLC, et al.

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

CASE NUMBER: 25LBCV00108

To (name of one defendant only): Amazon.com Services, LLC
Plaintiff (name of one plaintiff only): Josephine Villasenor
seeks damages in the above-entitled action, as follows:

AMOUNT

1. **General damages**
   a. [✓] Pain, suffering, and inconvenience ............................................................. $ 50,000,000
   b. [✓] Emotional distress. ....................................................................................... $ 50,000,000
   c. [ ] Loss of consortium ....................................................................................... $
   d. [ ] Loss of sociey and companionship (wrongful death actions only) ............ $
   e. [ ] Other (specify) _____ $
   f. [ ] Other (specify) _____ $
   g. [ ] Continued on Attachment 1.g.

2. **Special damages**
   a. [✓] Medical expenses (to date) ........................................................................ $ 50,000,000
   b. [✓] Future medical expenses (present value) ................................................. $ 50,000,000
   c. [✓] Loss of earnings (to date) .......................................................................... $ 50,000,000
   d. [✓] Loss of future earning capacity (present value) ....................................... $ 50,000,000
   e. [ ] Property damage ......................................................................................... $
   f. [ ] Funeral expenses (wrongful death actions only) ...................................... $
   g. [ ] Future contributions (present value) (wrongful death actions only) ........ $
   h. [ ] Value of personal service, advice, or training (wrongful death actions only) ... $
   i. [✓] Other (specify) Attorney fees and costs .................................................... $ 50,000,000
   j. [✓] Other (specify) Statutory fees ..................................................................... $ 50,000,000
   k. [ ] Continued on Attachment 2.k.

3. [✓] **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of (specify).. $ 50,000,000
   when pursuing a judgment in the suit filed against you.

Date: 1/20/2025

J. Owen Murrin
(TYPE OR PRINT NAME)

▶ *J. Owen Murrin* (signature)
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-050 [Rev. January 1, 2007]

**STATEMENT OF DAMAGES**
(Personal Injury or Wrongful Death)

Code of Civil Procedure, §§ 425.11, 425.115
www.courtinfo.ca.gov