| | |
|---|---|
| 1 | Kevin S. Asfour (#228993) |
| 2 | kevin.asfour@klgates.com<br>K&L GATES LLP |
| 3 | 10100 Santa Monica Blvd., 8th Floor<br>Los Angeles, CA  90067 |
| 4 | Telephone: +1 310 552 5000<br>Facsimile: +1 310 558 5001 |
| 5 | |
| 6 | Attorney for Defendants<br>Amazon.com Services LLC |
| 7 | and Amazon.com, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE VILLASENOR, | Case No. 2:25-cv-01466 |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| AMAZON.COM SERVICES LLC;<br>AMAZON.COM, INC.;<br>DOES 1-10, | |
| Defendants. | |

# PROOF OF SERVICE

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is K&L GATES LLP, 10100 Santa Monica Boulevard, Eighth Floor, Los Angeles, CA 90067.

On **February 20, 2025**, I served the document(s) described as:

**NOTICE OF REMOVAL BY DEFENDANTS AMAZON.COM SERVICES LLC AND AMAZON.COM, INC. (WITH ALL EXHIBITS AND ATTACHMENTS)**

on the interested parties in this action by delivering a true copy thereof as follows:

*Counsel for Plaintiff:*
J. Owen Murrin
MURRIN LAW FIRM
7040 E. Los Santos Drive
Long Beach, CA  90815

☒ **BY EMAIL:** I sent a PDF copy of the document(s) to the email address indicated above.

☒ **BY U.S. MAIL:** I caused the document(s) to be placed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 20, 2025, at Los Angeles, California.

                                                 s/ Kevin S. Asfour
                                               Kevin S. Asfour