NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

Kevin S. Asfour
K&L GATES LLP
10100 Santa Monica Blvd., 8th Floor
Los Angeles, CA  90067
310-552-5000

ATTORNEY(S) FOR: Amazon.com Services LLC, Amazon.com, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE VILLASENOR<br><br>Plaintiff(s),<br><br>v.<br><br>AMAZON.COM SERVICES LLC; AMAZON.COM, INC.<br><br>Defendant(s) | CASE NUMBER:<br><br>2:25-cv-01466-SB-JPR<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Defendants Amazon.com Services LLC and Amazon.com, Inc.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Josephine Villasenor | Plaintiff |
| Amazon.com Services LLC | Defendant |
| Amazon.com Sales, Inc. | 100% owner of Amazon.com Services LLC |
| Amazon.com, Inc. | Defendant and parent company of Amazon.com Sales, Inc. |

February 21, 2025
Date

s/ Kevin S. Asfour
Signature

Attorney of record for (or name of party appearing in pro per):

Amazon.com Services LLC and Amazon.com, Inc.