```
Kevin S. Asfour (SBN 228993)
kevin.asfour@klgates.com
K&L GATES LLP
10100 Santa Monica Blvd., 8th Floor
Los Angeles, California 90067
Telephone: (310) 552-5000
Facsimile: (310) 552-5001

Attorney for Defendants
Amazon.com Services LLC
and Amazon.com, Inc.
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE VILLASENOR,<br><br>  Plaintiff,<br><br>  v.<br><br>AMAZON.COM SERVICES LLC;<br>AMAZON.COM, INC.;<br>DOES 1-10<br><br>  Defendants. | Case No.  2:25-cv-01466-SB-JPR<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served:    Jan. 21, 2025<br>Action removed:       Feb. 20, 2025<br>Old response date:    Feb. 27, 2025<br>New response date:    Mar. 28, 2025<br><br>Assigned to Hon. Stanley Blumenfeld, Jr. |

L.R. 8-3 STIPULATION

509063318.1

**TO THE HONORABLE COURT:**

Pursuant to Local Rule 8-3, Plaintiff Josephine Villasenor, on the one hand, and Defendants Amazon.com Services LLC and Amazon.com, Inc. ("Defendants"), on the other hand, by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS the summons and complaint in this action were served upon Defendants on January 21, 2025;

WHEREAS Defendants removed this action to this Court on February 20, 2025;

WHEREAS Defendants' responses to the complaint are currently due to be filed and served by February 27, 2025; and

WHEREAS pursuant to Local Rule 8-3, the parties have agreed to extend the foregoing response deadline to March 28, 2025, which is an extension of not more than 30 days;

NOW, THEREFORE, the parties stipulate that Defendants shall have up to and including March 28, 2025 to file and serve their responses to Plaintiff's complaint.

|   |   |
|---|---|
|   | K&L GATES LLP |
| Dated: February 26, 2025 | By: /s/ Kevin S. Asfour |
|   | Kevin S. Asfour<br>*Attorneys for Defendants Amazon.com Services LLC and Amazon.com, Inc.* |
|   | MURRIN LAW FIRM |
| Dated: February 26, 2025 | By: /s/ J. Owen Murrin |
|   | J. Owen Murrin<br>*Attorneys for Plaintiff Josephine Villasenor* |

509063318.1

## SIGNATURE ATTESTATION

Pursuant L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed concur in this document's content and have authorized the execution of this document with the use of their electronic signature.

Dated: February 26, 2025　　　　By: /s/ Kevin S. Asfour
　　　　　　　　　　　　　　　　　　Kevin S. Asfour

*Attorneys for Defendants Amazon.com Services LLC and Amazon.com, Inc.*