Kevin S. Asfour (SBN 228993)
kevin.asfour@klgates.com
K&L GATES LLP
10100 Santa Monica Blvd., 8th Floor
Los Angeles, California 90067
Telephone: (310) 552-5000
Facsimile: (310) 552-5001

Attorney for Defendants
Amazon.com Services LLC
and Amazon.com, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE VILLASENOR,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC;<br>AMAZON.COM, INC.;<br>DOES 1-10<br><br>Defendants. | Case No. 2:25-cv-01466-SB-JPR<br><br>**STIPULATION TO REMAND CASE TO STATE COURT**<br><br>Complaint served:  Jan. 21, 2025<br>Action removed:     Feb. 20, 2025<br>Old response date:  Feb. 27, 2025<br>New response date:  Mar. 28, 2025<br><br>Assigned to Hon. Stanley Blumenfeld, Jr. |

**TO THE HONORABLE COURT:**

Plaintiff Josephine Villasenor, on the one hand, and Defendants Amazon.com Services LLC and Amazon.com, Inc. ("Defendants"), on the other hand, by and through their undersigned counsel, hereby stipulate to remand this action to the Los Angeles County Superior Court with reference to the following:

WHEREAS the summons and complaint in this action were served upon Defendants on January 21, 2025;

WHEREAS Defendants removed this action to this Court on February 20, 2025 on the basis of both federal question jurisdiction and diversity jurisdiction;

WHEREAS on February 20, 2025, the parties met and conferred regarding, *inter alia*, a contemplated motion to dismiss by Defendants;

WHEREAS during the course of the parties' February 20, 2025 discussion, Plaintiff's counsel indicated that he would ultimately seek remand of this action to state court by way of withdrawing the sole federal claim in the complaint and joining an additional individual defendant, whose identity is presently unknown but who is presumed to be a California citizen, thereby defeating diversity jurisdiction;

WHEREAS in light of the foregoing and the likelihood that Plaintiff's intended course of action will ultimately lead to a remand of this action to state court, the parties have agreed to stipulate to such remand forthwith, in an effort to streamline this litigation;

///
///
///
///
///
///

**NOW, THEREFORE**, the parties stipulate and agree that the Court should **REMAND** this action forthwith to the Los Angeles County Superior Court in which it was originally filed, and respectfully request that the Court enter the accompanying Proposed Order to that effect.

K&L GATES LLP

Dated: February 26, 2025     By: /s/ Kevin S. Asfour
Kevin S. Asfour
*Attorneys for Defendants Amazon.com Services LLC and Amazon.com, Inc.*

MURRIN LAW FIRM

Dated: February 26, 2025     By: /s/ J. Owen Murrin
J. Owen Murrin
*Attorneys for Plaintiff Josephine Villasenor*

### SIGNATURE ATTESTATION

Pursuant L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed concur in this document's content and have authorized the execution of this document with the use of their electronic signature.

Dated: February 26, 2025     By: /s/ Kevin S. Asfour
Kevin S. Asfour

*Attorneys for Defendants Amazon.com Services LLC and Amazon.com, Inc.*