UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE VILLASENOR,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC;<br>AMAZON.COM, INC.;<br>DOES 1-10<br><br>Defendants. | Case No. 2:25-cv-01466-SB-JPR<br><br>[PROPOSED] **ORDER REMANDING CASE TO STATE COURT**<br><br>Assigned to Hon. Stanley Blumenfeld, Jr. |

1 | Upon stipulation of the parties, and good cause appearing, it is hereby **ORDERED** that this action shall be **REMANDED** to the Los Angeles County Superior Court in which it was originally filed. The Clerk of this Court is **ORDERED** to issue the remand letter to the Clerk of the Superior Court forthwith.

Dated: _____

Hon. Stanley Blumenfeld, Jr.
U.S. District Judge