JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE VILLASENOR,<br><br>       Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC et al.,<br><br>       Defendants. | Case No. 2:25-cv-01466-SB-JPR<br><br>ORDER OF REMAND |

   Pursuant to the parties' stipulation at Dkt. No. 12, this case is remanded to the Los Angeles County Superior Court.

Date: February 26, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge

1