

**United States District Court**
Central District of California
**Office of the Clerk**

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

March 3, 2025

Clerk, Los Angeles Superior Court, Gov. George Deukmejian Courthouse
275 Magnolia
Long Beach, CA 90802

Re: Case Number: __2:25-cv-01466-SB-JPR__
Previously Superior Court Case No. __25LBCV00108__
Case Name: __Josephine Villasenor v. Amazon.com Services LLC et al__

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on __2/26/2025__, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to the location shown below. Thank you for your cooperation.

United States Courthouse
255 East Temple Street, Suite TS134
Los Angeles, CA 90012

Respectfully,

Clerk, U.S. District Court

By: __/s/ Grace Kami__
Deputy Clerk
grace_kami@cacd.uscourts.gov

*Encls.*
*cc: Counsel of record*

---

Receipt is acknowledged of the documents described above.

Clerk, Superior Court

_____        By: _____
Date                                                  Deputy Clerk